# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**DEBORAH L. GEIB,**

**Plaintiff,**

**v.** **Case No. 25-CV-1669-SCD**

**FRANK J. BISIGNANO,**
***Commissioner of the Social Security Administration,***

**Defendant.**

---

## ORDER GRANTING PARTIES' STIPULATED MOTION FOR AN AWARD ATTORNEY FEES

---

Deborah L. Geib filed this action in October 2025 seeking judicial review under the Social Security Act, 42 U.S.C. § 405(g), of the final decision of the Commissioner of Social Security denying his or her application(s) for disability benefits. *See* ECF No. 1. The matter was reassigned to me after all parties consented to magistrate-judge jurisdiction under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73(b). *See* ECF Nos. 3, 5 & 6. On May 4, 2026, the parties submitted a stipulated motion to reverse the final decision of the Commissioner and remand the case, which I granted. *See* ECF Nos. 19, 20. Judgment was entered the same day. *See* ECF No. 21. On August 03, 2026, the plaintiff filed an unopposed motion for attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. *See* ECF No. 22.

I find that the fees and expenses covered by the parties' stipulation are reasonable and compensable under § 2412. Accordingly, the court **GRANTS** the stipulated motion for an award of attorney fees, ECF No. 22. The court **AWARDS** the plaintiff $1,458 in attorney fees and expenses, to be paid by the Commissioner, in full satisfaction of all claims the plaintiff

may have in this case under the Act. The awarded fees belong to the plaintiff and not to the plaintiff's attorney and can be offset to satisfy pre-existing debt the litigant owes the United States. *See Astrue v. Ratliff*, 560 U.S. 586 (2010). If the Commissioner verifies that the plaintiff does not owe a pre-existing debt to the government subject to the offset, the Commissioner shall direct that the award be made payable to James P. Brown pursuant to the EAJA assignment duly signed by the plaintiff. If payment is mailed, as compared to electronically deposited, it shall be mailed to counsel's address of record: 479 E. Business Center Drive # 113, Mt Prospect, IL 60056.

**SO ORDERED** this 1st day of September, 2026.

STEPHEN C. DRIES
United States Magistrate Judge